IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60804
Conference Calendar
_____


WILLIE H. BANKHEAD,

Plaintiff-Appellant,


versus

STATE OF MISSISSIPPI ET AL.,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 1:94CV26-S-D
- - - - - - - - - -
June 17, 1997
Before SMITH, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:*

    Former prisoner Willie Bankhead appeals from the dismissal
of his civil rights complaint as frivolous.  Bankhead contends
that the district court erred by dismissing his complaint on the
ground that he attempts to relitigate claims alleging
substantially the same facts arising from a common series of
events that already have been litigated.  We have reviewed
Bankhead's brief and the record and we find Bankhead's appeal
frivolous.  *See Pittman v. Moore*, 980 F.2d 994, 994 (5th Cir.

_____

    * Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

1993).

APPEAL DISMISSED.  5TH CIR. R. 42.2.